## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Division |
| | ) | |
| v. | ) | No. 1:20-cv-000007 |
| | ) | |
| HONEYWELL INTERNATIONAL, INC. d/b/a HONEYWELL SAFETY PRODUCTS, | ) ) ) | District Judge Christy Criswell Wiegand |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate that this action is dismissed in its entirety, with prejudice. Each party is to bear its own attorneys' fees, costs and expenses. The parties request that the Court enter the attached Order of Court.

Dated: February 1, 2021

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| KOLLER LAW LLC | |
| */s/ David M. Koller* | */s/ April L. Cressler* |
| David M. Koller | Jennifer G. Betts |
| Pa. I.D. No. 90119 | Pa. I.D. No. 209699 |
| Sarah R. Lavelle | April L. Cressler |
| Pa. I.D. No. 93383 | Pa. I.D. No. 308353 |
| 2043 Locust Street, Suite 1B | One PPG Place, Suite 1900 |
| Philadelphia, PA 19103 | Pittsburgh, PA 15222 |
| Telephone: (215) 545-8917 | Telephone: 412-394-3333 |
| Fax: (215) 575-0826 | Fax: 412-232-1799 |
| davidk@kollerlawfirm.com | jenn.betts@ogletree.com |
| slavele@kollerlawfirm.com | april.cressler@ogletree.com |
| Attorneys for Plaintiff | Attorneys for Defendant Honeywell International, Inc d/b/a Honeywell Safety Products |